fant, against Elizabeth H. Benedict. No opinion. Motion for leave to go to the court of appeals denied. See 62 N. Y. Supp. 259.

MARTIN, Appellant, v. MARTIN, Respondent. (Supreme Court, Appellate Division, Fourth Department. February 6, 1900.) Action by John Martin, as executor, etc., against William Martin.

PER CURIAM. Order to show cause why judgment and order of reversal should not be amended denied. Ordered that the executor retain the fund over which the action arises, and now on deposit with the Security Trust Company of the city of Rochester, with said company until the further order of the court, and, in case any application for its withdrawal is made, notice thereof shall be given to the defendant, William Martin. See 61 N. Y. Supp. 813.

MARTINDALE v. WESTERN NEW YORK & P. RY. CO. (Supreme Court, Appellate Division, Fourth Department. January 23, 1900.) Action by Catherine J. Martindale against the Western New York & Pennsylvania Railway Company. No opinion. Motion for reargument denied, with $10 costs. See 60 N. Y. Supp. 1026.

MAX BRICKNER & SON CO., Respondent, v. HIRSCHFIELD et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. February 13, 1900.) Action by the Max Brickner & Son Company against Joseph Hirschfield and another. No opinion. Judgment affirmed, with costs.

MEHRBACH v. MAYOR, ETC., OF CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. February 9, 1900.) Action by Caroline Mehrbach against the mayor, aldermen, and commonalty of the city of New York. No opinion. Motion granted, with $10 costs.

MENDOZA v. METROPOLITAN ST. RY. CO. (Supreme Court, Appellate Division, First Department. February 16, 1900.) Action by Coleman D. Mendoza against the Metropolitan Street-Railway Company. No opinion. Motion granted. See 62 N. Y. Supp. 580.

MENSCHING, Respondent, v. CURTIN, Appellant. (City Court of New York, General Term. March 2, 1900.) Action by Mary Mensching against James H. Curtin. From a judgment for plaintiff, defendant appeals. Affirmed. Richard F. Price, for appellant. Hanford S. Weed, for respondent.

PER CURIAM. Orders appealed from affirmed, with costs.

MOERSDORF, Appellant, v. DRAKE et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. February 16, 1900.) Action by Martin Moersdorf against Marcus M. Drake and others. No opinion. Interlocutory judgment affirmed, with costs.

MONTGOMERY, Respondent, v. NICE, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 6, 1900.) Action by Benjamin C. Montgomery against Ellen Nice. No opinion. Judgment affirmed, with costs.

MORGAN v. AMERICAN AIR-POWER CO. (Supreme Court, Appellate Division, First Department. February 9, 1900.) Action by Patrick J. Morgan against the American Air-Power Company. No opinion. Motion granted, with $10 costs.

MURTHA et al. v. WILCOX et al. (Supreme Court, Appellate Division, Second Department. January 9, 1900.) Action by James A. Murtha and another, as executors. etc., of William G. Peirson, deceased, against George Wilcox, as executor, etc., of Martha W. Peirson, deceased, and others.

PER CURIAM. The statement of facts contained in this case is not sufficient to enable the court to render judgment. It does not appear therein either that Edward Peirson is dead, or that William L. Peirson has attained the age of 21 years. The questions discussed in the briefs are based on the assumption that the trust under the will of William G. Peirson did not terminate until after the death of the widow, and yet that fact is not made to appear in the agreed statement. This defect may be remedied, under the last clause of section 1281 of the Code of Civil Procedure, by the filing of an additional statement, if the parties so elect; such statement to be filed within 10 days.

MUTUAL LIFE INS. CO., Respondent, v. ALDRICH et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 23, 1900.) Action by the Mutual Life Insurance Company against Spencer Aldrich and others. No opinion. Motion for leave to file additional points on reargument granted, the same to be served on respondent's attorney five days before they are submitted, with leave to the respondent to answer the same, if so advised. See 60 N. Y. Supp. 195.

NEEDHAM PIANO & ORGAN CO., Respondent, v. POWELL, Appellant. (Supreme Court, Appellate Term. December 28, 1899.) Action by the Needham Piano & Organ Company against Josephine Powell. From a judgment for plaintiff, defendant appeals. Affirmed. Leroy M. Young, for appellant. Morris Putnam Stevens, for respondent.

PER CURIAM. This appeal was taken on the authority of Phillip Semmer Plate-Glass Co. v. Nassau Show-Case Co., 28 Misc. Rep. 577, 59 N. Y. Supp. 530; but the order in that case has since been reversed by the appellate division (Nov. 1899; 62 N. Y. Supp. 703). That decision is controlling, and calls for an affirmance of this judgment. Judgment affirmed, with costs to the respondent.

NIELSEN, Respondent, v. NORWEGIAN AMERICAN SEAMEN'S ASS'N, Appellant. (Supreme Court, Appellate Division, Second Department. January 9, 1900.) Action by Emil